```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  DENNIS KELLER, et al.,
                                         NO. CIV. S-04-1325 LKK/DAD
12
            Plaintiffs,
13
        v.                                      O R D E R
14
    CITY OF STOCKTON, et al.,
15
            Defendants.
16  _____/
```

17    The court is in receipt of plaintiffs' "notice of dismissal"
18 of defendants County of San Joaquin and Jose Romero.  Plaintiffs,
19 however, have failed to comply with Fed. R. Civ. P. 41(a).
20 Accordingly, the notice will be disregarded.
21    IT IS SO ORDERED.
22    DATED: August 30, 2005

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT