UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DENNIS KELLER, et al.,

        Plaintiffs,

   v.

CITY OF STOCKTON, et al.,

        Defendants.

                                            /

NO. CIV. S-04-1325 LKK/DAD

O R D E R

    This matter is before the court on the parties' stipulation to extend the discovery deadline set by this court's Status Order. The parties fail to show any cause, let alone the requisite showing of good cause, to warrant the extension. Accordingly, the request is DENIED.

////
////
////
////
////

1   The parties are, of course, free to engage in any discovery
2 they desire pursuant to informal agreement.  However, any such
3 agreement will not be enforceable in this court.
4   IT IS SO ORDERED
5   DATED:  September 1, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT