DAVID J. BEAUVAIS (CA Bar # 84275)
1904 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile: (510) 832-3610

Attorney for Plaintiffs
DENNIS KELLER and
CRYSTAL KELLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS KELLER, et al. | No. CIV.S-04-1325 LKK DAD |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL** |
| CITY OF STOCKTON et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** among counsel for all parties that defendants County of San Joaquin and Jose Romero be dismissed from this action.

DATED: September 1, 2005

          s/s  David J. Beauvais
          DAVID J. BEAUVAIS
          Attorney for Plaintiffs

STIPULATION FOR DISMISSAL     1

1  DATED: September 1, 2005

3                               s/s Shelley Green
                                Attorney for Defendants
4                               CITY OF STOCKTON, SGT.
                                PREGITZER, KATHERINE
5                               HENDERSON

6
7  DATED: September 1, 2005

9                               s/s Daniel Cederborg
                                Attorney for Defendants
                                COUNTY OF SAN JOAQUIN,
10                              JOSE ROMERO

11  IT IS SO ORDERED.

13  DATED:  September 8, 2005.
                                /s/Lawrence K. Karlton
14                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
15                              UNITED STATES DISTRICT COURT

STIPULATION FOR DISMISSAL                                              2