```
 1
 2
 3
 4
 5
 6
 7                         UNITED STATES DISTRICT COURT
 8                        EASTERN DISTRICT OF CALIFORNIA
 9
10   DENNIS KELLER and CRYSTAL
     KELLER,
11                                          NO. CIV. S-04-1325 LKK/DAD
               Plaintiffs,
12
         v.                                       O R D E R
13
     CITY OF STOCKTON, et al.,
14
               Defendants.
15                                      /
```

16      The court is in receipt of defendants' request to augment the
17 court's tentative pretrial order.  The request is GRANTED and the
18 tentative pretrial order is AMENDED to include the point of law
19 contemplated in defendants' augmentation as well as the addition
20 of four percipient witnesses:  Monica Witzig, Carol Dietrich,
21 Joshua Lee and Wanda Rueb.  With that amendment, the pretrial order
22 is now FINAL.
23      IT IS SO ORDERED.
24      DATED: March 24, 2006.
25                                     /s/Lawrence K. Karlton
                                       LAWRENCE K. KARLTON
26                                     SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT