1  DAVID J. BEAUVAIS (CA Bar # 84275)
   1904 Franklin Street, Suite 800
2  Oakland, California 94612
   Telephone: (510) 832-3605
3  Facsimile:  (510) 832-3610

4  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS KELLER, et al., | ) No.  CIV.S 04-1325 LKK DAD-P </br> ) </br> )  </br> ) </br> ) **PETITION AND ORDER FOR** </br> ) **APPOINTMENT OF GUARDIAN** </br> ) **AD LITEM** </br> ) </br> ) </br> ) </br> ) |
| Plaintiffs, | |
| vs. | |
| CITY OF STOCKTON, et al., | |
| Defendants. | |

Petitioner states as follows:

1. Petitioner is the natural father and legal guardian of Crystal Keller born, July 13 1997, who is named as a plaintiff in this action.  I am over the age of 18 years and I am competent to act in the minors' best interests.

2. I request an order approving my request to act as guardian ad litem for the minor children in this action.

3. I have an interest in the subject matter of this action in that I am also a named plaintiff herein.

//

//

//

I declare under penalty of perjury that the foregoing is true and correct and that this petition was executed on March 13, 2006 at Sacramento, California.

/s/ Dennis Keller
DENNIS KELLER

ORIGINAL SIGNATURE ON FILE

## ORDER

The court having considered the petition of Dennis Keller for appointment as guardian ad litem and good cause appearing therefor:

IT IS HEREBY ORDERED THAT Dennis Keller is appointed guardian ad litem for Crystal Keller.

DATED: March 27, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT