UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FILED |
|---|
| April 3, 2006 |
| CLERK, US DISTRICT COURT |
| EASTERN DISTRICT OF CALIFORNIA |
| DEPUTY CLERK |

JUDGMENT IN A CIVIL CASE

Keller, et al.

           v.        CASE NUMBER:  CIV S-04-1325 LKK DAD

City of Stockton, et al.

**XX** -- Jury Verdict.  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED**

THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED March 31, 2006:

$500,000 Compensatory Damages and $1,000,000 in Punitive Damages awarded to Crystal Keller. $100,000 Compensatory Damages and $1,000,000 in Punitive Damages awarded to Dennis Keller

**JACK L. WAGNER,**
**CLERK OF COURT**

**ENTERED:   April 3, 2006**

**by:   /s/ P. Warren**
**P. Warren, Deputy Clerk**