UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DENNIS KELLER and CRYSTAL
KELLER,

                                                   NO. CIV. S-04-1325 LKK/DAD

        Plaintiffs,

    v.                            O R D E R

CITY OF STOCKTON, et al.,

        Defendants.

_____/

     A hearing on this case is scheduled for June 12, 2006 at 10:00 a.m., on the Law and Motion Calendar of this court pursuant to plaintiffs' motion for attorney's fees.  Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs.  The hearing on this matter scheduled for June 12, 2006 is VACATED.

     IT IS SO ORDERED.

     DATED:  June 2, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT