DAVID J. BEAUVAIS (CA Bar # 84275)
1904 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile: (510) 832-3610

Attorney for Plaintiffs
DENNIS KELLER individually
and as Guardian ad Litem for
CRYSTAL KELLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS KELLER,<br><br>    Plaintiff,<br><br>vs.<br><br><br>CITY OF STOCKTON, et al.,<br><br><br><br>    Defendants. | No.  CIV.S-04-1325 LKK DAD<br><br>**ORDER ON PETITION TO APPROVE COMPROMISE OF MINOR'S CLAIM**<br><br>Hearing Date:  March 12, 2007<br>Time:  10:00 A.M.<br>Courtroom  4, 15th Floor |

The court having considered the petition to approve minor's claim filed by Dennis Keller as guardian ad litem for Crystal Keller and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the petition is approved.  Attorney's fees are awarded to minor's counsel in the amount of $168,602.55 from Crystal Keller's portion of the settlement and the disbursement of funds for other items including costs as set forth in Exhibit "A" to the petition is approved.

Dennis Keller is directed to deposit in a federally insured interest bearing account at World Savings, Fair Oaks, California the sum of $313,119.03 in his name as custodian for the minor, Crystal Keller.

1     Dennis Keller is authorized to withdraw from the account any sums necessary to pay federal and state tax liabilities that become due and payable on April 15, 2008 and each year thereafter until the minor attains majority.

    Except for payment of tax liabilities, no other withdrawals from the custodial account shall be made without prior order of this court.

    Within fifteen days after the funds are deposited, Dennis Keller shall deliver to the clerk of this court a receipt to be issued by World Savings acknowledging that the funds have been deposited and that a copy of this order has been delivered.

    The restriction on access to the funds shall expire on July 13, 2015 when the minor attains majority.

DATED: March 5, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT